AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Nathan Thornsberry<br>DOB: XXXXXX<br><br>*Defendant(s)* | Case: 1:24-mj-00263<br>Assigned to: Judge Harvey, G Michael<br>Assign Date: 8/20/2024<br>Description: COMPLAINT W/ ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the _____ in the District of ____Columbia____, the defendant(s) violated:

*Code Section*                                      *Offense Description*

This offense is briefly described as follows:
18 U.S.C. § 1752(a)(1) - Entering or Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly or Disruptive Conduct in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(4) - Act of Physical Violence in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly or Disruptive Conduct in a Capitol building or Grounds;
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder;
18 U.S.C. § 111(a)(1) - Assaulting, Resisting, or Impeding Certain Officers.

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: __08/20/2024__                                        _____
                                                                              *Judge's signature*

City and state:    ____Washington, D.C.____         G. Michael Harvey, U.S. Magistrate Judge
                                                                              *Printed name and title*