AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| Nathan Thornsberry | ) Case: 1:24-mj-00263 |
| | ) Assigned to: Judge Harvey, G Michael |
| | ) Assign Date: 8/20/2024 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____ Nathan Thornsberry _____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering or Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly or Disruptive Conduct in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(4) - Act of Physical Violence in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly or Disruptive Conduct in a Capitol building or Grounds;
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder;
18 U.S.C. § 111(a)(1) - Assaulting, Resisting, or Impeding Certain Officers.

Date:   08/20/2024

*Issuing officer's signature*

City and state:   Washington, D.C.   G. Michael Harvey U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 8/20/24, and the person was arrested on *(date)* 8/22/24
at *(city and state)* Davison, Michigan.

Date:   8/22/24

*Arresting officer's signature*

Justin Thompson
*Printed name and title*