UNITED STATES DISTRICT COURT
FOR THE DISTICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 24-mj-263-GMH |
| : | |
| NATHAN THORNSBERRY, : | |
| : | |
| Defendant. : | |

## ORDER

Based upon the representations in the Joint Motion to Continue and to Exclude Time under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

**ORDERED** that the motion is **GRANTED**; it is further

**ORDERED** that the currently scheduled preliminary/status hearing on November 7, 2024, be continued to January 9, 2025, at 1:00 p.m.; and it is further

**ORDERED** that the time between November 7, 2024, and January 9, 2025, shall be excluded from calculation under the Speedy Trial Act. The Court finds that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial, as a continuance will provide the parties additional time to continue negotiating a potential pretrial resolution.

Date: 11/1/2024

_____
THE HONORABLE MOXILA. A UPADHYAYA
UNITED STATES MAGISTRATE JUDGE